UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-cv-00175-PJS-DLM

Abdirahman Jibril,

Plaintiff,

v.

United States of America, *et al.*,

Defendants.

**MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants move the Court for an order dismissing Plaintiff's First Amended Complaint for lack of subject-matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and failure to state a claim under 12(b)(6). This motion is based on the accompanying brief and all the files, records, and proceedings in this case.

Dated: September 30, 2026

DANIEL N. ROSEN
United States Attorney

*/s/ Anthony P. Barrows*

By: ANTHONY P. BARROWS
Assistant United States Attorney
Attorney ID No. 0392796
600 United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
Telephone: (612) 664-5600
Email: anthony.barrows@usdoj.gov

Attorneys for Defendants